1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8                                          )

9                                          )
                                           )          No. C 11-4070 CRB (PR)
                                           )
In re FRANK J. FERNANDEZ,         )          ORDER OF DISMISSAL
10                                         )
            Plaintiff.                     )
11                                         )
                                           )
12   _____ )

13          On August 19, 2011, the clerk filed as a new prisoner action a motion by

14   plaintiff seeking a court order directing prison officials to photocopy his legal

15   materials.  On that same date, the court notified plaintiff in writing that the action

16   was deficient because he did not file an actual complaint or pay the requisite

17   $350.00 filing fee or, instead, submit a signed and completed court-approved in

18   forma pauperis application.  Plaintiff was advised that failure to file the requested

19   items within 30 days would result in dismissal of the action.

20          More than 40 days have elapsed; however, plaintiff has not provided the

21   court with the requisite items, or sought an extension of time to do so.  The action

22   is DISMISSED without prejudice.

23          The clerk shall close the file and terminate all pending motions as moot.

24   SO ORDERED.

25   DATED:  Sept. 30, 2011          _____
                                          CHARLES R. BREYER
26                                        United States District Judge

27

28   G:\PRO-SE\CRB\CR.11\Fernanadez, F.11-4070.dsifp.wpd